# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BARBARA KAY BECKETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:13CV3057** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | **ORDER** |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED March 18, 2013.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**